■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE P. WEEDEN, Appellant.—Judgment unanimously affirmed *(see, People v Cody,* 182 AD2d 1089). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Robbery, 2nd Degree.) Present—Callahan, J. P., Boomer, Balio, Lawton and Doerr, JJ.